IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00292-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN MIRAMONTES-SIMENTAL,
a/k/a Martin Miramontes-Simental,

    Defendant.

## ORDER SETTING TRIAL DATE

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **August 15, 2006** and responses to these motions shall be filed by **August 22, 2006**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Thursday, September 21, 2006 at 8:30 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a three-day jury trial is set for **Tuesday, October 3, 2006 at 1:30 p.m.**

    DATED: August 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge