IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00292-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RUBEN MIRAMONTES-SIMENTAL,
a/k/a Martin Miramontes-Simental,

      Defendant.

---

### ORDER RESETTING CHANGE OF PLEA HEARING
---

This matter is before the Court *sua sponte*. Because of a scheduling conflice on the Court's docket, it is hereby ORDERED that the change of plea hearing currently scheduled for October 10, 2006 at 10:00 a.m. is RESET to **Thursday, October 19, 2006 at 1:30 p.m.**

      DATED: October 4, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge